

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-7-2014

# In Re: Frederick Banks

Precedential or Non-Precedential: Non-Precedential

Docket 13-4314

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"In Re: Frederick Banks " (2014). *2014 Decisions.* Paper 18.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/18

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

CLD-140 **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-4314
_____

IN RE:  FREDERICK H. BANKS,
                                        Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the Western District of Pennsylvania
(Related to Crim. Nos. 04-cr-00176-001 & 03-cr-00245-001)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
December 19, 2013
Before:  FUENTES, JORDAN and SHWARTZ, <u>Circuit</u> <u>Judges</u>

(Opinion filed: January 7, 2014 )
_____

OPINION
_____

PER CURIAM

Frederick Banks has filed a petition for a writ of mandamus requesting that we order the District Court to direct a Magistrate Judge to vacate her finding that there was probable cause to hold him on a violation of supervised release.  He also requests that he be released from custody.  For the below reasons, we will deny the petition.

In 2005 and 2006, Banks was convicted of mail fraud, criminal copyright infringement, money laundering, uttering and possession of a counterfeit or forged security, and witness tampering.  He was sentenced to 123 months in prison and six years

1

of supervised release. In May 2013, Banks was released from prison. In October 2013, a petition was filed requesting a warrant for Banks's arrest for violating the terms of his supervised release. On October 24, 2013, a Magistrate Judge found that probable cause existed to hold Banks. Three days later, Banks filed his mandamus petition.

The writ of mandamus will issue only in extraordinary circumstances. See Sporck v. Peil, 759 F.2d 312, 314 (3d Cir. 1985). As a precondition to the issuance of the writ, the petitioner must establish that there is no alternative remedy or other adequate means to obtain the desired relief, and the petitioner must demonstrate a clear and indisputable right to the relief sought. Kerr v. U.S. Dist. Court, 426 U.S. 394, 403 (1976). A writ is not a substitute for an appeal. See In Re Brisco, 448 F.3d 201, 212 (3d Cir. 2006).

On November 25, 2013, after Banks had filed his mandamus petition, the District Court found that Banks had violated his supervised release. He was sentenced to fourteen months in prison and six months of supervised release. Banks has appealed the District Court's decision. See C.A. No. 13-4594. Because Banks has an alternate remedy to challenge the revocation of his supervised release and is, in fact, pursuing that remedy, we will deny the mandamus petition.